B 10 (Supplement 2) (12/11)

# UNITED STATES BANKRUPTCY COURT

Western District of Missouri

In re: Ryan Wayne Cashatt, and Kelly Jo Cashatt

Debtor

Case No. 13-50507-can

Chapter 13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** Ocwen Loan Servicing, LLC

**Court claim no.** (if known): 10

**Last four digits** of any number you use to identify the debtor's account: XXXXXXX187

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

X   No

☐   Yes. Date of the last notice: _____ _____ _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | 12/16/2013 | (3) | $ 50.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 9/19/2013 | (5) | $ 275.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ |
| 11. Other. Specify: Plan Review Fee | 8/22/2013 | (11) | $ 150.00 |
| 12. Other. Specify: _____ | | (12) | $ |
| 13. Other. Specify: _____ | | (13) | $ |
| 14. Other. Specify: _____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

B 10 (Supplement 2) (12/11)                                                                                                    Page 2

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐   I am the creditor.

X   I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

X s/Ashley B. Osborn _____    Date    12/16/2013 _____
        Signature

Print        Ashley B. Osborn _____    Title    Attorney _____
             First Name          Middle Name          Last Name

Company      South & Associates, P.C.
             _____

Address      6363 College Blvd, Suite 100
             _____
             Number              Street
             Overland Park                        KS      66211
             _____
             City                          State    ZIP Code

Contact phone    (913) 663-7600 _____    Email    mobknotices@southlaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

In Re:                                                              )
                                                                    )
Ryan Wayne Cashatt, and Kelly Jo Cashatt, *Debtor*                  )
                                                                    )        Case No. 13-50507-can
                                                                    )
Ocwen Loan Servicing, LLC, *Creditor*                               )        Chapter: 13
                                                                    )
vs.                                                                 )
                                                                    )
Ryan Wayne Cashatt, and Kelly Jo Cashatt, *Debtor*                  )
                                                                    )
and                                                                 )
                                                                    )
Richard V. Fink, *Trustee*                                          )
                                                                    )
                                                                    )

**CERTIFICATE OF MAILING/SERVICE**

I certify that a true copy of the Attached Pleading was served either electronically or via first class mail on December 16, 2013 upon the following parties:

Ryan Wayne Cashatt
Kelly Jo Cashatt
7207 Northwest Maple Lane
Platte Woods, MO 64151
**DEBTOR**

David R. Barlow
Barlow & Niffen, PC
406 Armour Road
Ste 250
North Kansas City, MO  64116
**ATTORNEY FOR DEBTOR**

Richard V. Fink
818 Grand Blvd., Suite 800
Kansas City, MO  64106
**TRUSTEE**

Office of the United States Trustee
400 East 9th Street, Suite 3440
Kansas City, MO  64106
**U.S. TRUSTEE**

File No. 160310
Case No: 13-50507-can

SOUTH & ASSOCIATES, P.C.
/S/ Ashley B. Osborn
Steven L. Crouch (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Ashley B. Osborn (MBE #59427; KS #23272)
Andrew F. Babitz (MBE #62731)
6363 College Blvd., Suite 100
Overland Park, KS 66211
(913) 663-7600
(913) 663-7899 Fax
KS: ksbkecf@southlaw.com
WDMO: mobknotices@southlaw.com
EDMO: moedbknotices@southlaw.com
ATTORNEYS FOR CREDITOR

File No. 160310
Case No: 13-50507-can