B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF MISSOURI

In re <u>Ryan Wayne Cashatt ; Kelly Jo Cashatt</u>          Case No. <u>13-50507</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus | Ocwen Loan Servicing, LLC |
|---|---|
| **Name of Transferee** | **Name of Transferor** |

**Name and Address where notices to transferee should be sent:**
Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
PO Box 1047
Hartford, CT 06143-1047

**Phone:** _____
**Last Four Digits of Acct #:** XXXX9762

**Court Claim # (if known):** <u>10</u>
**Amount of Claim:** <u>248,552.94</u>
**Date Claim Filed:** <u>09/19/2013</u>

**Phone:** _____
**Last Four Digits of Acct #:**

**Name and Address where transferee payments should be sent (if different from above):**
Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
PO Box 1047
Hartford, CT 06143-1047

**Phone:** _____
**Last Four Digits of Acct #:** XXXX9762

I declare under penalty of perjury that the information provided in this notice is true and correct to the best upon my knowledge and belief.

By: /s/ Lisa Singer          Date: <u>September 30, 2015</u>
Lisa Singer
Transferee/Transferee's Agent
Rosicki, Rosicki & Associates, P.C.
51 E. Bethpage Rd. Plainview, NY 11803

*Penalty for making a false statement. Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 & 3571.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Transfer of Claim has been served via Electronic Case Filing on the following parties:

David R. Barlow, Esq.
Debtor(s) Attorney


Chapter 13 Trustee
Richard Fink, Esq.


October 5, 2015

*Dina Di Lullo* (signature)
Dina Di Lullo