**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Ryan Wayne Cashatt dba Cashatt Family LLC dba Cashatt Family Funerals |
| Debtor 2 (Spouse, if filing) | Kelly Jo Cashatt aka Kelly Jo Marra aka Kelly Jo Marra-Cashatt |
| United States Bankruptcy Court for the: | Western District   District of   Missouri (State) |
| Case number | 13-50507-can |

Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges          12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: Federal National Mortgage Association ("Fannie Mae")

Court claim no, (if known): 10

Last 4 digits of any number you use to identify the debtor's account: XXXXXX9762

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

[ ] No
[X] Yes. Date of the last notice: 12/16/13

### Part 1:   Itemized Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Date incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney fees | 12/16/16 | (3) | $ 100.00 |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. | Property inspection fees | 06/29/16, 08/03/16, 09/01/16, 09/28/16, 10/26/16 | (7) | $ 75.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ |
| 9. | Insurance Advances (non-escrow) | | (9) | $ |
| 10. | Property preservation expenses. Specify: | | (10) | $ |
| 11. | Other. Specify: Notice of Payment Change | 10/26/16 | (11) | $ 50.00 |
| 12. | Other. Specify: | | (12) | $ |
| 13. | Other. Specify: | | (13) | $ |
| 14. | Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and changes you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Ryan Wayne Cashatt
      First Name   Middle Name   Last Name

Case number (if known)  13-50507-can

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X  s/ Ashley B. Osborn
   Signature

Date: 12/16/16

Print: Ashley B. Osborn
     First Name   Middle Name   Last Name

Title: Attorney

Company: SouthLaw, P.C.

Address: 13160 Foster Suite 100
     Number   Street

Overland Park, KS 66213-2660
City   State   ZIP Code

Contact phone  (913) 663-7600

Email  mobknotices@southlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re: | ) |
| | ) |
| Ryan Wayne Cashatt dba Cashatt Family LLC dba Cashatt Family Funerals and Kelly Jo Cashatt aka Kelly Jo Marra aka Kelly Jo Marra-Cashatt, *Debtors* | ) ) ) Case No. 13-50507-can ) |
| | ) Chapter: 13 |
| Federal National Mortgage Association ("Fannie Mae"), by Seterus, Inc., loan servicing agent for *Moving Creditor* | ) ) ) |
| vs. | ) ) |
| Ryan Wayne Cashatt dba Cashatt Family LLC dba Cashatt Family Funerals and Kelly Jo Cashatt aka Kelly Jo Marra aka Kelly Jo Marra-Cashatt, *Debtors* | ) ) ) ) |
| and | ) ) |
| Richard V. Fink, *Trustee* | ) |

## CERTIFICATE OF MAILING/SERVICE

I certify that a true copy of the Attached Pleading was served either electronically or via first class mail on December 16, 2016 upon the following parties:

Ryan Wayne Cashatt
Kelly Jo Cashatt
7207 NW Maple Lane
Platte Woods, MO  64151
**DEBTOR**

David R. Barlow
Barlow & Niffen, PC
406 Armour Road, Ste 250
North Kansas City MO  64116
**ATTORNEY FOR DEBTOR**

Richard V. Fink
2345 Grand Blvd., Suite 1200
Kansas City, MO  64108-2663
**TRUSTEE**

Office of the United States Trustee
400 East 9th Street, Suite 3440
Kansas City, MO  64106
**U.S. TRUSTEE**

SOUTHLAW, P.C.
 s/ Ashley B. Osborn
Steven L. Crouch (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Ashley B. Osborn (MBE #59427; KS #23272)
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
WDMO: mobknotices@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 160310
Case No: 13-50507-can