**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| IN RE: <br> RYAN WAYNE CASHATT <br> KELLY JO CASHATT <br>     Debtor. | Case No. 13-50507-CAN <br> Chapter 13 |

## AMENDMENT TO CHAPTER 13 PLAN

COME NOW the Debtors and hereby amend their Chapter 13 Plan as follows:

1. The plan payment will be reduced to $405.00 month beginning immediately.

2. All other provisions of Debtors' confirmed plan remain unchanged.


Dated: 1/9/17                              /s/ Ryan Cashatt
                                           Ryan Wayne Cashatt

Dated: 1/9/17                              /s/ Kelly Jo Cashatt
                                           Kelly Jo Cashatt

                                           BARLOW & NIFFEN, PC

                                           /s/ David R. Barlow
                                           David R. Barlow, Mo. Bar # 43937
                                           406 Armour Road Ste 250
                                           North Kansas City, MO 64116
                                           (816) 842-9009/ FAX (816) 221-8040
                                           E-Mail: barlow@kclawinfo.com
                                           ATTORNEY FOR DEBTOR(S)


## CERTIFICATE OF SERVICE

A copy of the above was sent electronically to all parties receiving electronic notice for this case, and conventionally to affected creditors and Debtors, this 9th day of January, 2017.

                                           /s/ David R. Barlow
                                           David R. Barlow, Attorney for Debtor(s)

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106