**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Ryan Wayne Cashatt |
| Debtor 2 (Spouse, if filing) | Kelly Jo Cashatt |

United States Bankruptcy Court for the: Western District of Missouri

Case number   13-50507-can13

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae")

**Court claim no.** (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 9 7 6 2

**Date of payment change:**
Must be at least 21 days after date of this notice: 07/01/2018

**New total payment:** $ 1,494.82
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $ 408.90     New escrow payment:  $ 503.12

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1                Notice of Mortgage Payment Change                page 1

Debtor 1  **Ryan Wayne Cashatt**
First Name    Middle Name    Last Name

Case number (*if known*) **13-50507-can13**

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ **/s/ Dustin Stiles**
Signature

Date **05/01/2018**

Print: **Dustin Stiles**
First Name    Middle Name    Last Name

Title **Attorney for Creditor**

Company **Kozeny and McCubbin, L.C.**

Address **12400 Olive Blvd., Ste. 555**
Number    Street

**St. Louis**    **MO**    **63141**
City    State    ZIP Code

Contact phone **(314) 991-0255**

Email **wdmo@km-law.com**

To the extent any prior interest rate adjustments under the terms of the loan documents or prior escrow adjustments were not noticed in this Court pursuant to Bankruptcy Rule 3002.1 after December 1, 2011 or the Petition Date (whichever is later), Seterus, Inc will refund or credit the debtor, as appropriate, to give the debtor the benefit of any lower payment amount as provided under the loan documents, escrow analysis, or a notice previously filed with this Court pursuant to Bankruptcy Rule 3002.1. This does not constitute a modification of the payment obligations under the terms of the promissory note, mortgage, or other loan documents.

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI
# KANSAS CITY DIVISION

In Re

**Ryan Wayne Cashatt, dba
Cashatt Family LLC dba
Cashatt Family Funerals and
Kelly Jo Cashatt, aka
Kelly Jo Marra, aka
Kelly Jo Marra-Cashatt,**
    Debtors.

**Seterus, Inc., as authorized
subservicer for Federal National
Mortgage Association ("Fannie Mae"),**
its successors and assigns,
    Movant.

v.

**Ryan Wayne Cashatt, dba
Cashatt Family LLC dba
Cashatt Family Funerals and
Kelly Jo Cashatt, aka
Kelly Jo Marra, aka
Kelly Jo Marra-Cashatt,**
    Debtors,

and

**Richard Fink,** Trustee**,**
    Respondents.

Case No: 13-50507-can13

Chapter 13

**CERTIFICATE OF SERVICE**

**Kozeny & McCubbin, L.C.
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
wdmo@km-law.com**

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the Notice of Mortgage Payment Change and a copy of this pleading were served electronically via CM/ECF the 1st day of May, 2018 to the parties listed below:



David R. Barlow
Attorney for Debtors
1901 Swift Ave.
North Kansas City, MO 64116-3421

Richard Fink
Trustee
2345 Grand Blvd., Suite 1200
Kansas City, MO 64108

Office of the US Trustee
U.S. Trustee
400 E. 9th St. Room 3440
Kansas City, MO 64106

And delivered via regular U.S. Mail on May 1, 2018 to:

Ryan Wayne Cashatt
Kelly Jo Cashatt
Debtors
7207 NW Maple Lane
Platte Woods, MO 64151

                            Respectfully submitted,

                            /s/Dustin Stiles
                            Jonathon B. Burford, #59337
                            Dustin Stiles, #63272
                            Attorneys for Movant
                            12400 Olive Blvd., Suite 555
                            St. Louis, MO 63141
                            Phone: (314) 991-0255
                            Fax:  (314) 567-8019
                            wdmo@km-law.com


*KM1188872OKM*