**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Ryan Wayne Cashatt |
| Debtor 2 (Spouse, if filing) | Kelly Jo Cashatt |
| United States Bankruptcy Court for the: | Western District of Missouri (State) |
| Case number | 13-50507-can13 |

Form 4100R

# Response to Notice of Final Cure Payment    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae")

**Court claim no.** (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 9 7 6 2

**Property address:** 7207 NW Maple Lane
Number    Street

Platte Woods, MO 64151
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

[X] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    02/01/18-06/01/18 @ $1,430.50; 07/01/18 @ $1,494.82; Less Suspense Balance ($1,281.04)    (a) $ 7,366.28

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ 7,366.28

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    02 / 01 / 2018
MM / DD / YYYY

Debtor 1  Ryan Wayne Cashatt  
        First Name     Middle Name     Last Name

Case number (*if known*) 13-50507-can13

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.  
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Dustin Stiles  
Signature

Date 07/16/2018

Print: Dustin Stiles  
    First Name    Middle Name    Last Name

Title: Attorney for Creditor

Company: Kozeny & McCubbin, L.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 12400 Olive Blvd., Suite 555  
    Number    Street

St. Louis, MO 63141  
City    State    ZIP Code

Contact phone (314) 991-0255

Email: wdmo@km-law.com

# POST-PETITION PAYMENT HISTORY
### After Loan Modified

**Name:** Ryan Cashatt
**Loan #:** ▮▮▮▮
**Case #:** 13-50507
**Date Filed:** 8/8/13

| Date Received | Amount Received | $ Applied To Payment | Post-Petition Date Paid | Paid To Suspense | Running Suspense Total | Post Petition Payment Amount Due |
|---|---|---|---|---|---|---|
| | | | | | $ - | |
| | | | | | | |
| | | | | $0.00 | | |
| 3/10/2017 | $ 1,428.62 | | | $1,428.62 | $ 1,428.62 | |
| 4/28/2017 | $ 1,432.68 | **$1,432.68** | 3/1/2017 | $0.00 | $ 1,428.62 | **$ 1,432.68** |
| 5/31/2017 | $ 1,432.68 | $1,432.68 | 4/1/2017 | $0.00 | $ 1,428.62 | **$ 1,432.68** |
| 7/27/2017 | $ 1,432.68 | $1,432.68 | 5/1/2017 | $0.00 | $ 1,428.62 | **$ 1,432.68** |
| 8/28/2017 | $ 1,430.50 | $1,432.68 | 6/1/2017 | ($2.18) | $ 1,426.44 | **$ 1,432.68** |
| 9/28/2017 | $ 2,937.60 | **$1,430.50** | **7/1/2017** | $1,507.10 | $ 2,933.54 | **$ 1,430.50** |
| | | $1,430.50 | 8/1/2017 | ($1,430.50) | $ 1,503.04 | **$ 1,430.50** |
| | | $1,430.50 | 9/1/2017 | ($1,430.50) | $ 72.54 | **$ 1,430.50** |
| 1/3/2018 | $ 2,000.00 | $1,430.50 | 10/1/2017 | $569.50 | $ 642.04 | **$ 1,430.50** |
| 2/1/2018 | $ 1,430.50 | $1,430.50 | 11/1/2017 | $0.00 | $ 642.04 | **$ 1,430.50** |
| 4/23/2018 | $ 3,500.00 | $1,430.50 | 12/1/2017 | $2,069.50 | $ 2,711.54 | **$ 1,430.50** |
| | | $1,430.50 | 1/1/2018 | ($1,430.50) | $ 1,281.04 | **$ 1,430.50** |
| | | | 2/1/2018 | $0.00 | $ 1,281.04 | **$ 1,430.50** |
| | | | 3/1/2018 | $0.00 | $ 1,281.04 | **$ 1,430.50** |
| | | | 4/1/2018 | $0.00 | $ 1,281.04 | **$ 1,430.50** |
| | | | 5/1/2018 | $0.00 | $ 1,281.04 | **$ 1,430.50** |
| | | | 6/1/2018 | $0.00 | $ 1,281.04 | **$ 1,430.50** |
| | | | 7/1/2018 | $0.00 | $ 1,281.04 | **$ 1,494.82** |
| | | | | $0.00 | $ 1,281.04 | |
| | | | | $0.00 | $ 1,281.04 | |
| | | | | $0.00 | $ 1,281.04 | |
| | | | | $0.00 | $ 1,281.04 | |
| | | | | $0.00 | $ 1,281.04 | |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**KANSAS CITY DIVISION**

In Re

**Ryan Wayne Cashatt, dba**
**Cashatt Family LLC dba**
**Cashatt Family Funerals and**
**Kelly Jo Cashatt, aka**
**Kelly Jo Marra, aka**
**Kelly Jo Marra-Cashatt,**
    Debtors.

**Seterus, Inc., as authorized**
**subservicer for Federal National**
**Mortgage Association ("Fannie Mae"),**
its successors and assigns,
    Movant.

v.

**Ryan Wayne Cashatt, dba**
**Cashatt Family LLC dba**
**Cashatt Family Funerals and**
**Kelly Jo Cashatt, aka**
**Kelly Jo Marra, aka**
**Kelly Jo Marra-Cashatt,**
    Debtors,

and

**Richard Fink,** Trustee**,**
    Respondents.

Case No: 13-50507-can13

Chapter 13

**CERTIFICATE OF SERVICE**

Kozeny & McCubbin, L.C.
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
wdmo@km-law.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the Response to Notice of Final Cure Payment and a copy of this pleading were served electronically via CM/ECF the 16th day of July, 2018 to the parties listed below:



David R. Barlow
Attorney for Debtors
1901 Swift Avenue
North Kansas City, MO 64116-3421

Richard Fink
Trustee
2345 Grand Blvd., Suite 1200
Kansas City, MO 64108

Office of the US Trustee
U.S. Trustee
400 E. 9th St. Room 3440
Kansas City, MO 64106

And delivered via regular U.S. Mail on July 16, 2018 to:

Ryan Wayne Cashatt
Kelly Jo Cashatt
Debtors
7207 NW Maple Lane
Platte Woods, MO 64151

                                                Respectfully submitted,

                                                /s/Dustin Stiles
                                                Jonathon B. Burford, #59337
                                                Dustin Stiles, #63272
                                                Attorneys for Movant
                                                12400 Olive Blvd., Suite 555
                                                St. Louis, MO 63141
                                                Phone: (314) 991-0255
                                                Fax:  (314) 567-8019
                                                wdmo@km-law.com

